IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CR101 |
| vs. ) | |
| ) | ORDER TO SHOW CAUSE |
| KEVIN SPECHT, ) | |
| ) | |
| Defendant. ) | |

The records of the court show that on September 4, 2009 (Filing No. 50), a Notice of Intent to Request Redaction regarding Transcript (Filing No. 48) was filed by Attorney Kristina Murphree.  The transcript was filed on August 27, 2009.  Kristina Murphree was to file a Redaction Request no later than September 17, 2009.

As of September 29, 2009, the Redaction Request has not been filed.

IT IS ORDERED that, on or before October 7, 2009, Attorney Kristina Murphree is to file a Redaction Request or show cause by filing a written affidavit why she cannot comply with the rules of the court.

DATED this 1st day of October, 2009.

BY THE COURT:

s/ Thomas D. Thalken
UNITED STATES MAGISTRATE JUDGE